**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 8:19-bk-00086-MGW
        Chapter 13

WILLIAM J DIXON and
SHERRY J DIXON,

Debtor(s)[1]

_____/

**TRUSTEE'S MOTION TO MODIFY CONFIRMED PLAN**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899 and serve a copy on the movant, **Kelly Remick, Chapter 13 Standing Trustee at P.O. Box 6099, Sun City Center, Florida 33571-6099,** and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

**COMES NOW**, Kelly Remick, Chapter 13 Standing Trustee, by and through her undersigned attorney, and files this, Trustee's Motion to Modify Confirmed Plan, and in support thereof would state as follows:

1. The Debtor filed a petition for relief under Chapter 13 on January 4, 2019

2. An Order Confirming Plan (Doc. No. 24) was entered on July 22, 2019.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

3. Manatee County Tax Collector filed a secured claim (Claim No. 1) on January 8, 2019 in the amount of $1,221.58 at 18% interest, which claim is being paid through the Confirmed Plan for a total of $1,862.00.

4. Manatee County Tax Collector notified the Trustee in November 2019 that their claim (Claim No. 1) has been paid in full, for a total amount distributed of $1,195.66.

5. The Debtor's Confirmed Plan should be modified to reduce the amount being paid on Claim No. 1 of Manatee County Tax Collector, and increase the distribution to the general unsecured creditors with allowed claims being paid through the Confirmed Plan.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order modifying the Debtor's Confirmed Plan, and grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the Trustee's Motion to Modify Confirmed Plan was furnished electronically by CM/ECF and/or by First Class U.S. Mail to WILLIAM J DIXON AND SHERRY J DIXON, 1200 Princeton Ave., Bradenton, FL 34207, HITTEL LAW, P.A., 333 Sixth Avenue West, Bradenton, FL 34205; MANATEE COUNTY TAX COLLECTOR, 1001 3RD Ave. W, Suite 240, Bradenton, FL 34205, JENNIFER FRANCIS, LEGAL SUPPORT & COLLECTION SPECIALIST, MANATEE COUNTY TAX COLLECTOR, 1001 3RD Ave. W, Suite 240, Bradenton, FL 34205; and THE ATTACHED MAILING MATRIX on this 6th day of February, 2020.

    /s/ Caroline Printy, Esquire
CAROLINE PRINTY, ESQUIRE
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 40898
Attorney for the Trustee

KR/am

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:19-bk-00086-MGW<br>Middle District of Florida<br>Tampa<br>Thu Feb  6 10:29:52 EST 2020 | Sherry J Dixon<br>1200 Princeton Ave<br>Bradenton, FL 34207-5238 | William J Dixon<br>1200 Princeton Ave<br>Bradenton, FL 34207-5238 |
| JPMorgan Chase Bank, N.A.<br>c/o Kahane and Associates, P.A.<br>8201 Peters Road Suite 3000<br>Plantation, FL 33324-3292 | (p)MANATEE COUNTY TAX COLLECTOR<br>1001 3RD AVE W SUITE 240<br>BRADENTON FL 34205-7871 | Amex/Bankruptcy<br>Correspondence<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| CREDIT FIRST N A<br>PO BOX 818011<br>CLEVELAND OH 44181 8011 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-2321 | Cbusasears<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Mortgage<br>Mail Code: OH4-7302<br>PO Box 24696<br>Columbus, OH 43224-0696 |
| Citibank, N.A.<br>Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citibank/Exxon Mobile<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Sears<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/Shell Oil<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Comenity Bank/Bealls Florida<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Credit First National Assoc<br>Attn: BK Credit Operations<br>Po Box 81315<br>Cleveland, OH 44181-0315 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Dynamic Recovery Solutions<br>PO Box 25759<br>Greenville, SC 29616-0759 |

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, National Association<br>Chase Records Center,<br>Attn:  Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane, Monroe,LA 71203 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Paragon Emergency<br>PRA Receivables Management<br>PO BOX 12907<br>Norfolk, VA 23541-0907 | Portfolio Recovery<br>Po Box 41021<br>Norfolk, VA 23541-1021 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Second Round LP<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Resort World of Orlando<br>II Association<br>PO BOX 29352<br>Phoenix, AZ 85038-9352 | Smuggler's Cove<br>1501 Gulf Drive North<br>Bradenton Beach, FL 34217-2324 | Syncb/citgo<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/ HH Gregg<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Chevron<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Sams Club<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Team Health<br>206 2nd Street E<br>Bradenton, FL 34208-1042 | Tnb-Visa  (TV) / Target<br>C/O Financial & Retail Services<br>Mailstop BV   PO Box 9475<br>Minneapolis, MN 55440-9475 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 | Wells Fargo Bank, N.A.<br>P.O. Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | William C Harrison +<br>Kelly Remick, Chapter 13 Trustee<br>P O Box 6099<br>Sun City Center, FL 33571-6099 |
| United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Marc G Granger +<br>Kahane and Associates<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 | Christopher Hittel +<br>Hittel Law, P.A.<br>333 Sixth Avenue West<br>Bradenton, FL 34205-8820 |

Kelly Remick +
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City, FL 33571-6099

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Manatee County Tax Collector
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863

Bank Of America
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

(d)Manatee County Tax Collector
1001 3rd Ave W.
Suite 240
Bradenton, FL 34205

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Wells Fargo Bank
Attn: Bankruptcy Dept
Po Box 6429
Greenville, SC 29606

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    60
Bypassed recipients     1
Total                  61